# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re: <br> MATTHEW TRACY <br> KIM TRACY <br> Debtor(s). | CHAPTER # 7 <br> BANKRUPTCY # 09-24789  |
|---|---|

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

___A  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

_X_ B  The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| See attached list | |

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$17.89** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 22nd day of August, 2011.

/s/
Steven R. Bailey, Trustee

Printed: 08/22/11 03:17 PM

Page: 1

# Claims Distribution Small Checks

**Case:** 09-24789 - TRACY, MATTHEW K.

**Trustee:** STEVEN R. BAILEY (640060)

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 9200025325826 | 10115 | 08/22/11 | | | | Payee: U.S. Bankruptcy Court | | | Check Amount: | $17.89 |
| | | | 2 | 07/30/09 | 610 | Capital Recovery III LLC<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131 | 487.52 | 487.52 | 2.20 | 2.20 |
| | | | 3 | 08/03/09 | 610 | Questar Gas Company<br>Bankruptcy Dept. DNR 244<br>1140 West 200 South, P. O. Box 3194<br>Salt Lake City, UT 84110-3194 | 405.79 | 405.79 | 1.84 | 1.84 |
| | | | 5 | 08/06/09 | 610 | LDS Family Services<br>Boise Agency<br>10740 Fairview, Ste 100<br>Boise, ID 83713 | 270.00 | 270.00 | 1.22 | 1.22 |
| | | | 6 | 08/06/09 | 610 | Check City<br>PO box 970183<br>Orem, UT 84097 | 290.66 | 290.66 | 1.31 | 1.31 |
| | | | 8 | 08/12/09 | 610 | Kuna Lumber, Inc.<br>Account # 0103<br>175 South School Ave.<br>Kuna, ID 83634 | 637.66 | 637.66 | 2.88 | 2.88 |
| | | | 11 | 08/17/09 | 610 | All Americian Rain Gutter, LLC<br>P.O. Box 44737<br>Boise, ID 83711 | 326.16 | 326.16 | 1.48 | 1.48 |
| | | | 12 | 08/18/09 | 610 | Living Scriptures<br>3625 Harrison Blvd.<br>Ogden, UT 84403 | 163.42 | 163.42 | 0.74 | 0.74 |
| | | | 13 | 08/25/09 | 610 | CDI AFFILIATED SERVICES<br>PO BOX 4068<br>BOISE, ID 83711-4068 | 68.87 | 68.87 | 0.31 | 0.31 |
| | | | 19 | 10/01/09 | 610 | Qwest Corporation<br>Attn: Jane Frey<br>1801 California St Rm 900<br>Denver, CO 80202-2658 | 472.98 | 472.98 | 2.14 | 2.14 |

(*) Denotes objection to Amount Filed

Printed: 08/22/11 03:17 PM

Page: 2

# Claims Distribution Small Checks

**Trustee: STEVEN R. BAILEY (640060)**

**Case:** 09-24789 - TRACY, MATTHEW K.

| Account No. | Check No. Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | 22 | | 10/26/09 | 610 | Check Line Inc.<br>1596 N. Hillfield Rd # H<br>Layton, UT 84041 | 733.78 | 733.78 | 3.32 | 3.32 |
| | 23 | | 11/19/09 | 610 | Wee Care Pediatrics<br>1580 Antelope Drive Suite 100<br>Layton, UT 84041 | 100.00 | 100.00 | 0.45 | 0.45 |