# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## DEPOSIT OF UNCLAIMED FUNDS

| In re:<br>    MATTHEW K. TRACY<br>    KIM TRACY<br>                            Debtors. | CHAPTER # 7<br>CASE NO. 09-24789 |
|---|---|

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

__X__ **A**  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

____ **B**  The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| Michael Walker<br>3806 E Newby<br>Nampa, ID 83687 | $333.82 |

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$333.82** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 20th day of September, 2011.

                                                      /s/_____
                                                 Steven R. Bailey, Trustee

